1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102-5106
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 43,352

7  Attorneys for Plaintiff
   EVENT ENTERTAINMENT, INC.
8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10
                EASTERN DIVISION (RIVERSIDE)
11

| | |
|---|---|
| EVENT ENTERTAINMENT, INC., | CASE NO. EDCV10-0168 VAP (OPx) |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED.R.CIV.P. 55 |
| vs. | |
| ISIDRO HERNANDEZ, individually and dba LAS PALOMAS, | Date: June 7, 2010<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Virginia A. Phillips<br>Location: 3470 - 12th Street<br>Riverside, CA 92502 |
| Defendant. | |

19  TO DEFENDANT ISIDRO HERNANDEZ, individually and dba LAS
20  PALOMAS:
21      PLEASE TAKE NOTICE that on the 7th day of June, 2010 at the hour of 2:00
22  p.m., or as soon thereafter as the matter an be heard before the Honorable Virginia
23  A. Phillips, Judge of the United States District Court, at the courthouse located at
24  3470 - 12th Street, Riverside, CA 92502, Plaintiff EVENT ENTERTAINMENT,
25  INC. will and does hereby move this court for the entry of a Default Judgment
26  under Fed.R.Civ.P. 55, authorizing the entry of a judgment in the above-entitled
27  action, the purpose of which is to renew the above-entitled Judgment herein.
28

1 | herein.
2 |     This motion is based upon this Notice, the attached Motion, the
3 | Memorandum of Points and Authorities, the Declaration of David J. Cook, Esq., all
4 | matters upon which the court may take judicial notice hereof, upon all pleadings,
5 | papers and other matters on file herein, and upon all oral evidence and argument
6 | which may be presented at the hearing hereof.

DATED: April 24, 2010

COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SBN 060859)
Attorneys for Plaintiff
EVENT ENTERTAINMENT, INC.

F:\USERS\DJCNEW\hernandez.judgment

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED.R.CIV.P. 55
CASE NO. EDCV10-0168 VAP (OPx)